Approved.

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ANTHONY HILE, | : |
| Plaintiff, | : Case No. 3:21-cv-00146-JRK |
| v. | : Judge James R. Knepp II |
| NISSIN BRAKE OHIO, INC. | : |
| Defendant. | : |

**STIPULATED DISMISSAL ENTRY**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate that this action is dismissed with prejudice, with the Parties bearing their own costs.

By: */s/ Francis J. Landry*
Frances J. Landry (Ohio Bar No. 0006072)
Katherine A. Pawlak (Ohio Bar No. 0086885)
WASSERMAN, BRYAN LANDRY & HONOLD, LLP
1090 W. South Boundary St., Suite 500
Perrysburg, Ohio 43551
Telephone: (419) 243-1239
Facsimile: (419) 243-2719
Email: Flandry308@aol.com
kpawlak@wblhlaw.com

*Attorneys for Plaintiff Anthony Hile*

By: */s/ Lauren E. Sanders*
Allen S. Kinzer (Ohio Bar No. 0040237)
Lauren E. Sanders (Ohio Bar No. 0095518)
VORYS, SATER, SEYMOUR AND PEASE, LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone: (614) 464-8318
Email: askinzer@vorys.com
lesanders@vorys.com
Facsimile: (614) 719-4801

*Attorneys for Defendant Nissin Brake Ohio, Inc.*